UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Beth Mansfield, : | |
| : | Civil Action No.: 4:10-cv-40117-FDS |
| Plaintiff, : | |
| v.  : | |
| : | |
| J.E. Cunningham & Associates, LLC; and : | |
| DOES 1-10, inclusive, : | |
| : | |
| Defendant. : | |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

Beth Mansfield ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 30, 2010

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg, Esq.
BBO No.: 650671
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 30, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                       By  /s/ Sergei Lemberg

                                           Sergei Lemberg